**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Larry D. Ingram,<br>     Plaintiff,<br><br>v.<br><br>Christopher Donovan, et al.,<br>     Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 04-12475-RCL<br>)<br>)<br>)<br>) |

**DECLARATION OF TIMELY FILING**

I, Larry D. Ingram, Plaintiff, Pro Se in the above entitled matter depose under penalty of perjury:

1. That, I am currently confined at the Bay State Correctional Center (BSCC) Norfolk, Massachusetts. 02056;

2. That, On January 11, 2005 I did deposit an Application to Proceed Without Prepayment of Fees accompanied with a certified copy of my institutional account statement for the six-month period preceding the filing of my complaint;

3. That, said documents were sent first class postage prepaid.

   Wherefore, pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____January 11, 2005_____

*[Signature: Larry D. Ingram]*
Larry D. Ingram, Plaintiff-Pro Se
Bay State Correctional Center
P.O. Box 73
Norfolk, Massachusetts. 02056