**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | | |
|---|---|---|
| PLAINTIFF | Larry D. Ingram | COURT CASE NUMBER 04-12475-RCL |
| DEFENDANT | Paul F. Glynn | TYPE OF PROCESS Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Paul F. Glynn  *MCI Plymouth*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Miles Standish Forest, One Bumps Rd. Plymouth, Massachusetts. 02360

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Larry D. Ingram
B.S.C.C.
P.O. Box 73
Norfolk, Massachusetts. 02056

| | |
|---|---|
| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Department of Correction (Agent)
50 Maple Street, Suite 3
Milford, Massachusetts. 01757-3698

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER N/A   DATE 3/24/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk  Nancy Delaware | Date 3/28/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Lt. Stephen Goldrick

Address (complete only if different than shown above): for . Paul Glynn

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service 4/1/05   Time 10:00 pm

Signature of U.S. Marshal or Deputy

66 miles

| Service Fee 46 | Total Mileage Charges (including endeavors) 29.00 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Larry D. Ingram,
Plaintiff,

V.

Christopher Donovan, et al.
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-12475-RCL

TO: (Name and address of Defendant)

Paul F. Glynn
Miles Standish Forest
One Bumps Pond Rd.
Plymouth, Massachusetts. 02360

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Larry D. Ingram, pro se
B.S.C.C.
P.O. Box 73
Norfolk, Massachusetts. 02056

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                                  March 15, 2005
CLERK                                              DATE

(By) DEPUTY CLERK