UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM

CIVIL ACTION NO. 04-CV-12475-RCL

       Plaintiff,

vs.

CHRISTOPHER DONOVAN, ET AL.

       Defendants.

## NOTICE OF APPEARANCE

Without waiving the right of any defendant to personal service of process as required by Fed.R.Civ.P. 4(c), and Fed.R.Civ.P. 4(d)(1), and the undersigned counsel hereby enters her appearance on behalf of the following defendants: Paul Glynn and Todd Johnson.

Dated: April 26, 2005                  Respectfully submitted,

                                            NANCY ANKERS WHITE
                                            Special Assistant Attorney General

                                            /s/ Jody T. Adams
                                            _____

                                            Jody T. Adams, Counsel
                                            BBO No. 633795
                                            Department of Correction
                                            Legal Division
                                            70 Franklin Street, Suite 600
                                            Boston, MA 02110-1300
                                            (617) 727-3300 x169

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se) via first class mail.

Dated: 4/26/2005

/s/ Jody T. Adams

_____

Jody T. Adams, Counsel