LARRY D. INGRAM, PRO SE
BAY STATE CORRECTIONAL CENTER
P.O. BOX 73
NORFOLK, MASSACHUSETTS, 02056

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

April 26, 2005

Re: **Ingram v. Donovan et al**
    Case No. 04-12475-RCL

Dear Madam/Sir;

Could you please provide the following additional forms: four (4) original summons for defendants Christopher Donovan, Christopher Morelli, James Matesanz and Russ Palmer; and four (4) Form USM-285 to be served by the U.S. Marshal Service as ordered by the Court.

Thank you for your attention to this matter.

Respectfully submitted,

cc:file

Larry D. Ingram, Pro Se
Plaintiff