UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM

        Plaintiff,

vs.

CHRISTOPHER DONOVAN, ET AL.

        Defendants.

CIVIL ACTION NO. 04-CV-12475-RCL

### NOTICE OF CORRECTION OF CERTIFICATE OF SERVICE

Counsel for defendants Paul Glynn and Todd Johnson hereby submits this Notice of Correction of Certificate of Service to reflect the fact that the Notice of Appearance filed electronically by the undersigned counsel on April 26, 2005, was mailed to plaintiff on April 28, 2005, and not April 26, 2005.

Dated: April 28, 2005

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ Jody T. Adams
_____
Jody T. Adams, Counsel
BBO No. 633795
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x169

### CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se) via first class mail.

Dated: 4/28/2005

/s/ Jody T. Adams
_____
Jody T. Adams, Counsel