UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM

CIVIL ACTION NO. 04-CV-12475-RCL

      Plaintiff,

vs.

CHRISTOPHER DONOVAN, ET AL.

      Defendants.

## **DEFENDANTS' MOTION TO ENLARGE TIME**

Defendants Paul Glynn and Todd Johnson, through counsel, hereby move for an enlargement of time in which to file a responsive pleading up to and including June 10, 2005.

As grounds therefore, counsel for defendants states that she was assigned this case today. Due to an ever increasing caseload and numerous other competing demands on her time, including a federal trial scheduled to begin on May 31, 2005, the requested extension is needed to investigate the Complaint's numerous allegations and to prepare an informed responsive pleading in compliance with the civil rules.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

DATED: April 28, 2005

/s/ Jody T. Adams
_____
Jody T. Adams, Counsel
B.B.O. # 633795
Department of Correction, Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 ext. 169

**CERTIFICATE OF SERVICE**

    I hereby state under the pains and penalties of perjury that I did this day serve a photocopy of the above document upon the plaintiff (pro se) via first class mail.

/s/ Jody T. Adams

Date:   4/28/2005   _____

Jody T. Adams