UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM

CIVIL ACTION NO. 04-CV-12475-RCL

        Plaintiff,

vs.

CHRISTOPHER DONOVAN, ET AL.

        Defendants.

**DEFENDANTS' MOTION TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES**

    Defendants hereby request that this Court exempt them from the requirements of Local Rule 7.1(b)(4) relative to the following motion being filed with this Court: Defendants' Motion to Dismiss and/or Motion for Summary Judgment.

    In order to sufficiently address the allegations in plaintiff's Complaint and to set forth defendants' position with respect to the numerous issues raised by plaintiff, it was necessary to slightly exceed the twenty-page limit on memoranda accompanying motions.

                                Respectfully Submitted,

                                NANCY A. WHITE
                                Special Assistant Attorney General

Dated: June 10, 2005                /s/ Jody T. Adams
                                _____
                                Jody T. Adams, BBO#633795
                                Legal Division
                                Department of Correction
                                70 Franklin Street
                                Boston, MA 02110-1300
                                (617) 727-3300, ext. 169

**CERTIFICATE OF SERVICE**

    I hereby state under the pains and penalties of perjury that I did this day serve a photocopy of the above document upon the plaintiff (pro se) via first class mail.

                                /s/ Jody T. Adams
Date: 6-10-05                  _____
                                Jody T. Adams, Counsel