UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM

CIVIL ACTION NO. 04-CV-12475-RCL

      Plaintiff,

vs.

CHRISTOPHER DONOVAN, ET AL.

      Defendants.

## DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

Without waiving the right of any defendant to personal service of process as required by Fed.R.Civ.P. 4(c), and Fed.R.Civ.P. 4(d)(1), and for the reasons set forth in the accompanying memorandum of law, defendants hereby move to dismiss plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12 (b)(6). In the alternative, the aforesaid defendants move that summary judgment enter in their favor as provided by Fed.R.Civ.P. 56.

Dated: June 10, 2005

      Respectfully submitted,

      NANCY ANKERS WHITE
      Special Assistant Attorney General

      /s/ Jody T. Adams
      _____
      Jody T. Adams, Counsel
      BBO No. 633795
      Department of Correction
      Legal Division
      70 Franklin Street, Suite 600
      Boston, MA 02110-1300
      (617) 727-3300 x169

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se) via first class mail.

|  |  |
|---|---|
|  | /s/ Jody T. Adams |
| Dated: 6/10/2005 | _____ |
|  | Jody T. Adams, Counsel |