UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM                              CIVIL ACTION NO. 04-CV-12475-RCL

        Plaintiff,

vs.

CHRISTOPHER DONOVAN, ET AL.

        Defendants.

### DEFENDANTS' MOTION TO STAY ALL FURTHER PROCEEDINGS PENDING THE OUTCOME OF DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

Defendants, through counsel, hereby request that this Court stay all further proceedings pending the outcome of said defendants' Motion to Dismiss and/or Motion for Summary Judgment, filed with this Court on or about June 10, 2005. As grounds therefore, defendants suggest that any discovery would be premature as the issues in this case may be significantly narrowed by the resolution of the pending Motion.

Wherefore, defendants request that the Court stay all further proceedings in this case, including discovery, pending a ruling on defendants' Motion to Dismiss and/or Motion for Summary Judgment.

Dated: June 10, 2005                         Respectfully submitted,

                                          NANCY ANKERS WHITE
                                          Special Assistant Attorney General

                                          /s/ Jody T. Adams
                                          _____
                                          Jody T. Adams, Counsel
                                          BBO No. 633795
                                          Department of Correction
                                          Legal Division
                                          70 Franklin Street, Suite 600
                                          Boston, MA 02110-1300
                                          (617) 727-3300 x169

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se) via first class mail.

Dated:  June 10, 2005                                /s/ Jody T. Adams
                                                                            _____
                                                                            Jody T. Adams, Counsel