UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM                                                CIVIL ACTION NO. 04-CV-12475-RCL
      Plaintiff,

vs.

CHRISTOPHER DONOVAN, ET AL.

      Defendants.

## DEFENDANTS' MOTION TO WAIVE LOCAL RULE 7.1(A)(2)

Defendants hereby request that this Court exempt them from the requirements of Local Rule 7.1(A)(2) relative to the following motion being filed with this Court: Defendants' Motion to Dismiss and/or Motion for Summary Judgment.

Any attempt to confer with the plaintiff, who is a *pro se* prisoner, would be unduly burdensome and serve no purpose because defendants are correct on the law and the issues addressed in defendants' motion would not be resolved by such a conference.

Defendants, therefore, respectfully request that this Honorable Court exempt them from the requirements of Local Rule 7.1(A)(2).

Respectfully Submitted,

NANCY A. WHITE
Special Assistant Attorney General

/s/ Jody T. Adams

Dated: June 10, 2005
_____
Jody T. Adams, BBO#633795
Legal Division
Department of Correction
70 Franklin Street
Boston, MA 02110-1300
(617) 727-3300, ext. 169

## CERTIFICATE OF SERVICE

I hereby state under the pains and penalties of perjury that I did this day serve a photocopy of the above document upon the plaintiff (pro se) via first class mail.

/s/ Jody T. Adams

Date: June 10, 2005
_____
Jody T. Adams, Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM                                            CIVIL ACTION NO. 04-CV-12475-RCL
        Plaintiff,

vs.

CHRISTOPHER DONOVAN, ET AL.

        Defendants.

## DEFENDANTS' MOTION TO WAIVE LOCAL RULE 7.1(A)(2)

Defendants hereby request that this Court exempt them from the requirements of Local Rule 7.1(A)(2) relative to the following motion being filed with this Court: Defendants' Motion to Dismiss and/or Motion for Summary Judgment.

Any attempt to confer with the plaintiff, who is a *pro se* prisoner, would be unduly burdensome and serve no purpose because defendants are correct on the law and the issues addressed in defendants' motion would not be resolved by such a conference.

Defendants, therefore, respectfully request that this Honorable Court exempt them from the requirements of Local Rule 7.1(A)(2).

        Respectfully Submitted,

        NANCY A. WHITE
        Special Assistant Attorney General

        /s/ Jody T. Adams

Dated: June 10, 2005        _____
        Jody T. Adams, BBO#633795
        Legal Division
        Department of Correction
        70 Franklin Street
        Boston, MA 02110-1300
        (617) 727-3300, ext. 169

## CERTIFICATE OF SERVICE

I hereby state under the pains and penalties of perjury that I did this day serve a photocopy of the above document upon the plaintiff (pro se) via first class mail.

        /s/ Jody T. Adams

Date:  June 10, 2005        _____
         Jody T. Adams, Counsel