## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM                          )
                          Plaintiff,     )
            v.                           )
                                         )        Civil Action No. 04-12475-RCL
CHRISTOPHER DONOVAN. et al.              )
                          Defendants.    )
                                         )
                                         )

### PLAINTIFF'S OPPOSITION TO STAY PROCEEDINGS

The Plaintiff, Pro Se, hereby oppose Defendants Motion to Stay all Further Proceedings pending the outcome of Defendants Motion to Dismiss and/or Motion for Summary Judgment filed on June 10, 2005.

As grounds therefore, as to this case there has been no judgment entered and the Plaintiff will be prejudiced by a stay.

As further grounds, absent the pending of a disposition of a motion for a new trial, or to alter or amend a judgment made pursuant to Rule 59, or of a motion for relief from a judgment or order made pursuant to Rule 60 or of a motion for judgment in accordance with a motion for a direct verdict made pursuant to Rule 50, or of a motion for amendment to the findings or for additional findings made pursuant to Rule 52 (b) a stay of all further proceedings will prejudice the Plaintiff.

For the reasons stated herein Defendants Motion to Stay all Further Proceedings should be denied.

Respectfully submitted,

Dated: June 22, 2005

Larry D. Ingram, Plaintiff-Pro Se
Bay State Correctional Center
P.O. Box 73
Norfolk, Massachusetts. 02056

#### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 6/22/05

Larry D. Ingram