# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Larry D. Ingram, )
           Plaintiff, )
           )
v. )      04 CV 12475 RCL
           )
Christopher Donovan, Paul F. Glynn, )
Christopher Morelli, Todd Johnson, )
Russ Palmer, James Matesanz, all are )
agents of the Massachusetts Department )
Of Correction and sued in their individual )
and official capacities, )
           Defendants. )

## PLAINTIFF'S MOTION TO ENLARGE TIME

The Plaintiff, Pro Se, proceeding in forma pauperis hereby move for an enlargement of time to complete service of process and to file a responsive pleading up to and including **August 8, 2005.**

As grounds therefore, the Plaintiff's Motion to Show Cause for failure to make service of process the unserved Defendants Christopher Donovan, Christopher Morelli, James Matesanz and Russ Palmer are evading service of process and conceal a defect in attempted service by U.S. Marshal Service with the aid of DOC counsel.

As further grounds, the Plaintiff received Defendants Paul F. Glynn and Todd Johnson Motion to Dismiss and/or Motion for Summary Judgment along with a Memorandum in support thereof on June 11, 2005. Due to the numerous misleading statement of facts, the requested extension is needed to prepare an informed researched responsive pleading in compliance with the civil rules of court.

For the reasons stated herein Plaintiff's Motion to Enlarge Time should be allowed.

Respectfully submitted,

Dated: June 22, 2005

*[signature]*
Larry D. Ingram, Plaintiff-Pro Se
Bay State Correctional Center
P.O. Box 73
Norfolk, Massachusetts. 02056

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 6/22/05

*[signature]*
Larry D. Ingram