# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Larry D. Ingram, )
                Plaintiff, )
)
v. )      04 CV 12475 RCL
)
Christopher Donovan, Paul F. Glynn, )
Christopher Morelli, Todd Johnson, )
Russ Palmer, James Matesanz, all are )
agents of the Massachusetts Department )
Of Correction and sued in their individual )
and official capacities, )
                Defendants. )

## PLAINTIFF'S MOTION TO SHOW CAUSE

The Plaintiff, Pro Se, proceeding in forma pauperis hereby move this Court to allow his motion to show cause for failure to make service of process within the 120 day period pursuant to Fed. R. Civ. P. 4(m).

As grounds therefore, the Plaintiff relies upon his accompanied Motion to Enlarge Time. Also, the United States Marshal Service has made service of process upon Defendants Paul F. Glynn and Todd Johnson. They were unable to serve the remaining four (4) Defendants: Christopher Donovan, Christopher Morelli, James Matesanz and Russ Palmer, stating in part, "Unable to execute as addressed no longer employed by DOC."

Also, the Plaintiff refers and relies upon his Affidavit In Support of his Motion to Show Cause with Exhibits and that the unserved Defendants are evading service of process and conceal a defect in attempted service by the U.S. Marshals Service with the aid of DOC counsel. Furthermore, if Plaintiff is compelled to refile as to the unserved Defendants the applicable statue of limitations would bar the Plaintiff.

For the reasons stated herein Plaintiff's Motion to Show Cause should be allowed.

Dated: June 22, 2005

Respectfully submitted,

*Larry D. Ingram*
Larry D. Ingram, Plaintiff-Pro Se
Bay State Correctional Center
P.O. Box 73
Norfolk, Massachusetts. 02056

### Certificate of Service
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 6/22/05

*Larry D. Ingram*
Larry D. Ingram