# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Larry D. Ingram, )
              **Plaintiff,** )
 )
v. )    **04 CV 12475 RCL**
 )
Christopher Donovan, Paul F. Glynn, )
Christopher Morelli, Todd Johnson, )
Russ Palmer, James Matesanz, all are )
agents of the Massachusetts Department )
Of Correction and sued in their individual )
and official capacities, )
              **Defendants.** )

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION TO SHOW CAUSE

I, Larry D. Ingram, Plaintiff, Pro Se in the above entitled matter declare under penalty of perjury:

1. That, I am currently confined at the Bay State Correctional Center ("Bay State") Norfolk, MA. 02056 and all Defendants were/are Department of Correction employees;

2. That, It was ordered by the Court on March 14, 2005 to effect service of process via the United States Marshal Service upon all named Defendants;

3. That on or about April 1, 2005 and April 6, 2005 Defendants Paul F. Glynn and Todd Johnson were served with summons and complaint;

4. That as to date the remaining Defendants Christopher Donovan, Christopher Morelli, James Matesanz and Russ Palmer have evaded service of process;

5. That, the U.S. Marshal Service have been unable to serve the remaining Defendants stating in part, "Unable to execute as addressed no longer employed by the DOC.", (See Affidavit Exhibits A thru D);

6. That, on or about April 26, 2005 I wrote the Clerk of Court requesting four (4) additional original summons and four (4) Form USM-285 to be served by the U.S. Marshal Service, (See Affidavit Exhibit E);

7. That, as of May/June 2005 Defendant James Matesanz is currently the Superintendent at Bridgewater State Hospital or Deputy Superintendent at MCI Cedar Junction, an employee of the DOC;

8. That, on or about June 15, 2005 Defendant Christopher Donovan appeared at Bay State believed to be on some vacation/semi-retirement status to collect unused vacation pay prior to retirement, an employee of the DOC;

-2-

9. That, the remaining Defendants Christopher Morelli and Russ Palmer are evading service of process and conceal a defect in attempted service by the U.S. Marshal Service with the aid of DOC counsel;

10. That, I have taken the necessary steps to have all the Defendants in the above entitled matter served with summons and complaint before the 120 day deadline;

11. That, the U.S. Marshal Service have delayed in making service of process on all the named Defendants.

Wherefore, pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2005

*Larry D. Ingram*
Larry D. Ingram, Affiant
Bay State Correctional Center
P.O. Box 73
Norfolk, Massachusetts. 02056

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 6/22/05

*Larry D. Ingram*
Larry D. Ingram

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Larry D. Ingram | 04-12475-RCL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Christopher Donovan | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Christopher Donovan

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

28 Clark Street, Norfolk, Massachusetts. 02056

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Larry D. Ingram
B.S.C.C.
P.O. Box 73
Norfolk, Massachusetts. 02056

| Number of process to be served with this Form - 285 | 4 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Department of Correction (Agent)
50 Maple Street, Suite 3
Milford, Massachusetts. 01757-3698

**EXHIBIT A**

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: N/A   DATE: 3/24/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 3X | District to Serve No. 2X | Signature of Authorized USMS Deputy or Clerk | Date 3/31/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/30/05   Time: 12:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: UNABLE TO EXECUTE AS ADDRESSED. NO LONGER EMPLOYED BY DOC

**NOTE**

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Larry D. Ingram | COURT CASE NUMBER<br>04-12475-Rcl |
|---|---|
| DEFENDANT<br>Christopher Morelli | TYPE OF PROCESS<br>Civil |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Christopher Morelli |
|---|---|
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>28 Clark Street, Norfolk, Massachusetts. 02056 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Larry D. Ingram
B.S.C.C.
P.O. Box 73
Norfolk, Massachusetts. 02056

| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Department of Correction (Agent)
50 Maple Street, Suite 3
Milford, Massachusetts. 01757-3698

EXHIBIT B

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>N/A | DATE<br>3/24/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 1X | District to Serve<br>No. 2X | Signature of Authorized USMS Deputy or Clerk | Date<br>3/31/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/30/05   Time: 10  am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: UNABLE TO EXECUTE AS ADDRESSED. NO LONGER EMPLOYED BY DOC

NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Larry D. Ingram | COURT CASE NUMBER<br>04-12475-RCL |
| DEFENDANT<br>James Matesanz | TYPE OF PROCESS<br>Civil |

| SERVE → AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>James Matesanz |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>50 Maple Street, Suite 3, Milford, Massachusetts. 01757-3698 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Larry D. Ingram
B.S.C.C.
P.O. Box 73
Norfolk, Massachusetts. 02056

| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Department of Correction (Agent)
50 Maple Street, Suite 3
Milford, Massachusetts. 01757-3698

EXHIBIT C

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER: N/A   DATE: 3/24/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Address (complete only if different than shown above): SEE BELOW

Date of Service: 3/21/05   Time: 10:25 am

REMARKS: 3/30/05 No longer employed by DOC. Unable to execute as add[ressed]

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Larry D. Ingram | 04-12475-RCL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Russ Palmer | Civil |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Russ Palmer

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
28 Clark Street, Norfolk, Massachusetts. 02056

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Larry D. Ingram
B.S.C.C.
P.O. Box 73
Norfolk, Massachusetts. 02056

| Number of process to be served with this Form - 285 | 4 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Department of Correction (Agent)
50 Maple Street, Suite 3
Milford, Massachusetts. 01757-3698

EXHIBIT D

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 3/24/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/30/05   Time: 10:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Unable to execute as addressed. No longer employed by DOC.

NOTE

**LARRY D. INGRAM, PRO SE**
BAY STATE CORRECTIONAL CENTER
P.O. BOX 73
NORFOLK, MASSACHUSETTS, 02056



United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

April 26, 2005

Re: **Ingram v. Donovan et al**
Case No. 04-12475-RCL

Dear Madam/Sir;

Could you please provide the following additional forms: four (4) original summons for defendants Christopher Donovan, Christopher Morelli, James Matesanz and Russ Palmer; and four (4) Form USM-285 to be served by the U.S. Marshal Service as ordered by the Court.

Thank you for your attention to this matter.

Respectfully submitted,

cc:file

Larry D. Ingram, Pro Se
Plaintiff