UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM                    CIVIL ACTION NO. 04-CV-12475-RCL

      Plaintiff,

vs.

CHRISTOPHER DONOVAN, ET AL.

      Defendants.

### DEFENDANTS' MOTION FOR RULE 11 SANCTIONS AND RESPONSE TO PLAINTIFF'S "MOTION TO SHOW CAUSE"

Without waiving the requirement of proper service, defendants, through counsel, hereby respond to the false statements made by plaintiff, "under penalty of perjury" in his "Motion to Show Cause," filed with this Court on June 29, 2005. As grounds therefore, defendants refer to the attached Affidavit of Jody T. Adams.

In addition, defendants respectfully request that plaintiff be sanctioned pursuant to Fed.R.Civ.P. 11, because of his submission of untrue statements to the Court.

Dated: June 30, 2005                    Respectfully submitted,

                                          NANCY ANKERS WHITE
                                          Special Assistant Attorney General

                                          /s/ Jody T. Adams
                                          _____
                                          Jody T. Adams, Counsel
                                          BBO No. 633795
                                          Department of Correction
                                          Legal Division
                                          70 Franklin Street, Suite 600
                                          Boston, MA 02110-1300
                                          (617) 727-3300 x169

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se) via first class mail.

| | |
|---|---|
| Dated:  June 30, 2005 | /s/ Jody T. Adams |
| | _____ |
| | Jody T. Adams, Counsel |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM                    CIVIL ACTION NO. 04-CV-12475-RCL

        Plaintiff,
vs.

CHRISTOPHER DONOVAN, ET AL.

        Defendants.

### AFFIDAVIT OF JODY T. ADAMS

Jody T. Adams deposes and states the following:

1. I am counsel for the Department of Correction in the above-entitled matter. The following statements are based on personal knowledge.

2. Despite the fact that the alleged conduct by defendants referred to in Plaintiff's Complaint occurred in late 2001, plaintiff chose not to file suit until November 2004.

3. Plaintiff did not file this lawsuit until many months after his appeal in Ingram v. Canavan, et al., 01-cv-118084-RCL was denied by the United States Court of Appeals for the First Circuit. Plaintiff unsuccessfully tried to amend his Complaint in that case to include the allegations which ultimately ended up in the case at bar.

4. In his Affidavit in support of his "Motion to Show Cause," plaintiff makes several untrue statements. First, defendants Donovan, Morelli, Matesanz and Palmer have not "evaded" service of process, nor does plaintiff provide any evidence to support this false statement.

1

5. In fact, counsel for defendants has confirmed that none of these individuals are currently employed by the Department of Correction.

6. Plaintiff states that, "as of May/June 2005 Defendant James Matesanz is currently the Superintendent at Bridgewater State Hospital or Deputy Superintendent at MCI Cedar Junction." This is false. Mr Matesanz has not been employed by the Department of Correction since June 2002.

7. Christopher Donovan has not been employed by the Department since February 2005.

8. Plaintiff's statement that defendants Morelli and Palmer are "evading service of process and conceal a defect [sic] in attempted service by the U.S. Marshall Service with the aid of DOC counsel" is false and not supported by any evidence.

Signed under penalty of perjury this 30th day of June 2005,

*[signature]*

Jody T. Adams

2