UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Larry D. Ingram,<br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Christopher Donovan, Paul F. Glynn,<br>Christopher Morelli, Todd Johnson,<br>Russ Palmer, James Matesanz, all are<br>agents of the Massachusetts Department<br>Of Correction and sued in their individual<br>and official capacities,<br>　　　　　　　　　　　Defendants. | 04 CV 12475 RCL |

**NOTICE OF CORRECTION OF MOTION TO SHOW CAUSE IN
OPPOSITION TO DEFENDANTS MOTION FOR SANCTIONS**

　　The Plaintiff,Pro Se hereby submit this notice of correction of his motion
to show cause and affidavit in support thereof pursuant Rule 11 (C)(1)(A) that
Plaintiff's affidavit in support of his motion to show cause filed in good faith
on or about June 27, 2005 signed **"under the penalty of perjury"** should be
withdrawn to accurately reflect, signed **"to the best of my knowledge, information
and belief."**

　　As further grounds,Plaintiff submits an affidavit with additional information
and an affidavit of Charles Brown in support of his motion to show cause for
failure to make service of process within 120 days upon unserved Defendants.

　　For the reasons stated herein the Notice of Correction of Motion to Show Cause
In Opposition to Defendants Motion for Sanctions as appropriately corrected and
sanctions should not be allowed.

Dated: July 19, 2005

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Larry D. Ingram, Plaintiff-Pro Se
　　　　　　　　　　　　　　　　　　　　　　　Bay State Correctional Center
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 73
　　　　　　　　　　　　　　　　　　　　　　　Norfolk, Massachusetts. 02056

Certificate of Service

　　I, hereby certify that a true copy of the above document was
served upon the attorney of record for each party by first class mail.
Dated: 7/19/05
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Larry D. Ingram

1