UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY D. INGRAM,  )
      Plaintiff,  )
v.  )
  )  Civil Action No. 04-12475-RCL
CHRISTOPHER DONOVAN. et al.  )
      Defendants.  )
  )
  )

### AFFIDAVIT OF LARRY D. INGRAM

    I, Larry D. Ingram depose and state that I make this affidavit with additional information in support of a Motion to Show Cause filed on about June 27, 2005 to the best of my knowledge, information and belief. I hereby state the following:

1. That, I am the Plaintiff, Pro Se in the above entitled matter and am currently confined at the Bay State Correctional Center ("Bay State"), P.O. Box 73, Norfolk, Massachusetts. 02056, and all Defendants were/are Department of Correction employees;

2. That, it was ordered by the Court on March 14, 2005 to effect service of process by way of the United States Marshals Service upon all named Defendants;

3. That, on or about April 1, 2005 Paul Glynn and April 6, 2005 Todd Johnson were served with summons and complaint;

4. That, as to date the remaining Defendants, Christopher Donovan, Christopher Morelli, James Matesanz and Russ Palmer have avert service of process;

5. That, DOC Counsel Jody T. Adams filed a Notice of Appearance on behalf of Defendants Paul Glynn and Todd Johnson on or about April 28, 2005;

6. That, DOC Counsel Jody T. Adams filed a Motion to Dismiss and/or Motion for Summary Judgment and Memorandum in Support of Defendants' Motion to Dismiss and/or Motion for Summary Judgment on behalf of Defendants Glynn and Johnson, and averred that "this memorandum sets forth argument in support of the dismissal of the Complaint on behalf of all defendants. For the following reasons, plaintiff's Complaint should be dismissed. In the alternative, Summary Judgment should be granted in favor of all defendants." (Defendants' Memorandum, page.2, ¶3);

7. That, the actions of DOC Counsel Jody T. Adams in filing Motion to Dismiss and/or Motion for Summary Judgment for defendants who had not been served with process in this action in seeking dismissal or Summary Judgment in which to answer or otherwise plead constitutes general appearance unless action by counsel Adams is unauthorized;

Affidavit of Larry D. Ingram continued......2

8. That, the actions of DOC Counsel Adams in filing Motion to Dismiss and/or Motion for Summary Judgment on behalf of Defendants not served with process is a clear attempt to evade and avert service of process for Defendants, Christopher Donovan, Christopher Morelli, James Matesanz and Russ Plamer;

9. That, as to Defendant James Matesanz, Superintendent, Jails Operations at the Norfolk County Sheriff's Office was believed to become either the Superintendent at Bridgewater State Hospital or Deputy Superintendent at MCI-Cedar Junction;

10. That, as to Defendant, Christopher Donovan appeared at Bay State on June 15, 2005 dressed in street clothes and believed to be on some vacation, semi-retirement status;

11. That, as to the remaining Defendants, Christopher Morelli and Russ Palmer are too either on some vacation, semi-retirement status and evading service of process and conceal a defect in attempted service by the U.S. Marshal Service with the aid of DOC Counsel Jody T. Adams;

12. That, the Defendants who have not been served with process in this action, each has worked for the DOC twenty (20) or more years and are collecting unused vacation time and are still employed by the Department of Correction;

13. That, I filed a Motion to Show Cause with an Affidavit in Support thereof in a good faith effort absent of design to defraud or to seek an unconscionable advantage for failure to make service of process within 120 days upon defendants, Donovan, Morelli, Matesanz and Palmer.

Wherefore, I declare that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: July 19, 2005

Larry D. Ingram, Affiant
Bay State Correctional Center
P.O. Box 73
Norfolk, Massachusetts. 02056

Certificate of Service

I, Larry D. Ingram hereby certify that a true copy of the document was served upon the attorney of record for each party by first class mail.

Dated: 7/19/05

Larry D. Ingram