# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Larry D. Ingram, Plaintiff, | ) ) ) |
| v. | ) )  04 CV 12475 RCL |
| Christopher Donovan, Paul F. Glynn, Christopher Morelli, Todd Johnson, Russ Palmer, James Matesanz, all are agents of the Massachusetts Department Of Correction and sued in their individual and official capacities, Defendants. | ) ) ) ) ) ) ) ) |

### AFFIDAVIT OF CHARLES BROWN

I, Charles Brown make this affidavit of my own free will hereby depose and say:

1. I am presently confined at the Bay State Correctional Center ("Bay State") Norfolk, Massachusetts. 02056;

2. I have been confined at Bay State since November, 1993;

3. On or about June 15, 2005 at approximately 12:30 p.m. I saw Captain Christopher Donovan dressed in a multi-colored shirt and white pants at the rear of the dinning hall here at Bay State;

4. That, Captain Donovan was not dressed in the usual prison uniform on or about June 15, 2005.

Wherefore, the foregoing facts stated herein are true and accurate to the best of my knowledge and belief.

Dated: July 5, 2005

Charles Brown, Affiant
Bay State Correctional Center
P.O. Box 73
Norfolk, Massachusetts. 02056

1