# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Larry D. Ingram,  )
        **Plaintiff,** )
        )
v.  )    **04 CV 12475 RCL**
        )
Christopher Donovan, Paul F. Glynn,  )
Christopher Morelli, Todd Johnson,  )
Russ Palmer, James Matesanz, all are  )
agents of the Massachusetts Department  )
Of Correction and sued in their individual )
and official capacities,  )
        **Defendants.** )

**MOTION TO WAIVE SERVICE OF PROCESS OR IN THE
ALTERNATIVE PROVIDE U.S. MARSHAL SERVICE WITH THE ADDRESSES
OF THE DEFENDANTS WHO HAVE NOT BEEN SERVED**

    The Plaintiff, Pro Se proceeding in forma pauperis hereby move this Court to allow his motion to waive service of process and that Attorney Jody T. Adams accept service for the unserved Defendants pursuant Rule 4(c) and 4 (d)(1).

    As grounds therefore, DOC attorney Adams represents defendants Glynn and Johnson who have already been properly served. Attorney Adams has filed a Motion to Dismiss and/or Motion for Summary Judgment on behalf of <u>all</u> defendants, including those who have not yet been served. Attorney Adams actions constitutes a general appearance for all defendants unless her actions are unauthorized. Furthermore, attorney Adams appearance by implication does not arise as an appearance before the Court , however, it can and should constitute as the result of an objective manifestation of intent on the part of attorney Adams to defend Defendants not yet served by filing said Motion to Dismiss and/or Summary Judgment on behalf of all defendants.

    In the alternative, the plaintiff move this Court to compel DOC Counsel to provide the U.S. Marshal Service with the addresses of Defendants Christopher Donovan, Christopher Morelli, James Matesanz and Russ Palmer to effect service of process. When the plaintiff has been granted leave to proceed in forma pauperis, as I have, service of process must be effected by U.S. Marshals Service, 28 U.S.C. 1915 (d) and Rule 4(c)(2).

    For the reasons stated herein Plaintiff's Motion to Waive Service of Process or in the Alternative Provide the U.S. Marshals Service with the Addresses of Defendants not yet Served should be allowed forthwith.

Respectfully submitted,

Dated: July 19, 2005

*Larry D. Ingram*
Larry D. Ingram, Plaintiff - Pro Se
Bay State Correctional Center
P.O. Box 73
Norfolk, Massachusetts. 02056

Certificate of Service

I, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 7/19/05

*Larry D. Ingram*
Larry D. Ingram

2