# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Larry D. Ingram,<br>        **Plaintiff,**<br><br>v.<br><br>Christopher Donovan, Paul F. Glynn,<br>Christopher Morelli, Todd Johnson,<br>Russ Palmer, James Matesanz, all are<br>agents of the Massachusetts Department<br>Of Correction and sued in their individual<br>and official capacities,<br>        **Defendants.** | 04 CV 12475 RCL |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT**

    The Plaintiff, Pro Se hereby opposes the Defendants Motion to Dismiss and/or Motion for Summary Judgment.

    The reasons therefore are set forth in Plaintiff's Memorandum In Opposition to Defendants' Motion to Dismiss and/or Motion for Summary Judgment.

    For the reasons stated therein, Plaintiff's opposition should be allowed.

Respectfully submitted,

Dated: August 3, 2005

*Larry D. Ingram*
Larry D. Ingram, Plaintiff-Pro Se
Bay State Correctional Center
P.O. Box 73
Norfolk, Massachusetts. 02056

### Certificate of Service

I, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 8/3/05

*Larry D. Ingram*
Larry D. Ingram