United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

MAIL
OFFICE

5 AUG 10 P 3: 15

U.S. DISTRICT
COURT MASS.

Larry D. Ingram W-38220
N.C.C.I
500 Colony Road
Gardner, Massachusetts 01440

August 10, 2005

Re: Ingram v. Donovan, et al.
    Civil Action No. 04-12475-RCL

Dear Clerk Thornton;

Could you kindly change my previous address
of Bay State Correctional Center, Norfolk, MA. 02056 to my new
current address:        Larry D. Ingram W-38220
                        N.C.C.I
                        500 Colony Road
                        Gardner, MA 01440

        Also, on or about August 5, 2005 I made a
request to have a certified copy of the docket entries concerning
the above entitled matter while at Bay State. Could you insure
that those docket entries are sent to my new address.

        Thank you for your attention to this matter.

                        Respectfully submitted
                        Larry D. Ingram
                        Larry D. Ingram, Pro Se
                        Plaintiff

cc: Judy T. Adams
    File

Certificate of Service
I hereby certify that a true copy of the above
document was served upon the attorney of record for
each party by first class mail
        8/10/05                        Larry D. Ingram