# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Larry D. Ingram, )
              Plaintiff, )
)
v. )           04 CV 12475 RCL
)
Christopher Donovan, Paul F. Glynn, )
Christopher Morelli, Todd Johnson, )
Russ Palmer, James Matesanz, all are )
agents of the Massachusetts Department )
Of Correction and sued in their individual )
and official capacities, )
              Defendants. )

## PLAINTIFF'S MOTION FOR CERTIFIED CIVIL DOCKET

    The plaintiff, pro se proceeding in forma pauperis hereby move for a certified copy of the civil docket in accordance with Rule 79(a).

    As grounds therefore, the plaintiff rely upon his affidavit in support thereof.

    For the reason stated herein plaintiff's motion for certified civil docket should be allowed.

Respectfully submitted,

Dated: November 10, 2005

_____
Larry D. Ingram, Plaintiff-Pro Se
North Central Correctional Institution
500 Colony Road
Gardner, Massachusetts. 01440

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 11/10/05              _____
                                         Larry D. Ingram

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Larry D. Ingram,<br>                            Plaintiff,<br>v.<br>Christopher Donovan, Paul F. Glynn,<br>Christopher Morelli, Todd Johnson,<br>Russ Palmer, James Matesanz, all are<br>agents of the Massachusetts Department<br>Of Correction and sued in their individual<br>and official capacities,<br>                            Defendants. | 04 CV 12475 RCL |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR CERTIFIED CIVIL DOCKET**

I, Larry D. Ingram depose and state to the best of my knowledge, information and belief:

1. That, on August 4, 2005 I request that Sarah A. Thornton, Clerk of the U.S. District Court provide me with a certified copy of the civil docket to the above entitled case number, (Exhibit 1);

2. That said request was accompanied with a certification fee of nine $ 9.00 dollars;

3. That, on or about August 10, 2005 I informed Sarah A. Thornton, Clerk of the U.S. District Court and attorney of record Jody T. Adams of my change of address and reiterated my request that a certified copy of the civil docket be sent to my new address, (Exhibit 2);

4. That, on or about September 12, 2005 the certification fee of nine $9.00 dollars that was sent with my request was cashed by the U.S. District Court of Massachusetts. (Exhibit 3).

Wherefore, I declare that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: November 10, 2005

                                                                    Larry D. Ingram, Affiant
                                                                     North Central Correctional Institution
                                                                     500 Colony Road
                                                                     Gardner, Massachusetts. 01440

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 11/10/05

                                            Larry D. Ingram



**LARRY D. INGRAM, PRO SE**
BAY STATE CORRECTIONAL CENTER
P.O. BOX 73
NORFOLK, MASSACHUSETTS, 02056

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

August 4, 2005

Re: **Ingram v. Donovan et al**
    Civil Action No. 04-12475-RCL

Clerk Sarah A. Thornton;

    Could you please provide me with a **certified copy** of the docket entries to the above captioned docket number. Find enclosed a check in the amount of $9.00 for certification fee.

    Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            Larry D. Ingram, Plaintiff
                                            Pro Se

**cc:file**

Mail: 2
#240  BAY STATE CORRECTIONAL CENTER
DISBURSEMENTS/CHARGE SLIPS
DATE: 8-4-05
TO THE ACCOUNT OF: Larry D. Ingram
CHARGE $: $9.00
INMATE NAME: Larry D. Ingram
COMM #: W-38220
PAYABLE TO: United States District Court, Office of the Clerk, United States Court House, 1 Courthouse Way, Suite 2300, Boston, MA. 02210, Attn: Sarah A. Thornton
FOR: Certification fee.
INMATES SIGNATURE: [signature]
APPROVED BY: [signature]
DATE PAID: AUG 04 2005
CK #: AUG 0 4 2005

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts. 02210

Larry D. Ingram W-38220
N.C.C.I
500 Colony Road
Gardner, Massachusetts. 01440



August 10, 2005

Re: <u>Ingram v. Donovan, et al.</u>
    Civil Action No. 04-12475-RCL

Dear Clerk Thornton;

Could you kindly change my previous address of Bay State Correctional Center, Norfolk, MA. 02056 to my new current address:

Larry D. Ingram W-38220
N.C.C.I
500 Colony Road
Gardner, MA. 01440

Also, on or about August 5, 2005 I made a request to have a certified copy of the docket entries concerning the above entitled matter while at Bay State. Could you insure that those docket entries are sent to my new address.

Thank you for your attention to this matter.

Respectfully submitted
Larry D. Ingram
Larry D. Ingram, Pro Se
Plaintiff

c: Jody T. Adams
   file

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.
8/10/05
Larry D. Ingram



EXHIBIT 3

1