# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Larry D. Ingram,<br>　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>Christopher Donovan, Paul F. Glynn,<br>Christopher Morelli, Todd Johnson,<br>Russ Palmer, James Matesanz, all are<br>agents of the Massachusetts Department<br>Of Correction and sued in their individual<br>and official capacities,<br>　　　　　　　　　**Defendants.** | **04 CV 12475 RCL** |

## PLAINTIFF'S MOTION TO ENLARGE TIME

　　The, plaintiff, pro se proceeding in forma pauperis hereby move for an enlargement of time pursuant to Fed.R.Civ.P. 6(b)(2) to complete service of process up to and including **February 28, 2006**.

　　As grounds therefore, plaintiff's initial enlargement of time pursuant to 6(b)(1) filed on or about June 22, 2005 up to and including August 8, 2005 to complete service of process was not allowed by the Court until October 6, 2005, plaintiff notified on October 11, 2005.

　　As further grounds, plaintiff's timely motion to show cause with supporting affidavit filed on or about June 22, 2005 was not allowed by the Court until October 6, 2005, plaintiff notified on October 11, 2005. Plaintiff believes this constitutes excusable neglect.

　　For the reasons stated herein plaintiff's motion to enlarge time should be allowed.

Dated: November 10, 2005

Respectfully submitted,

Larry D. Ingram, Plaintiff-Pro Se
North Central Correctional Institution
500 Colony Road
Gardner, Massachusetts. 01440

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 11/10/05

Larry D. Ingram