# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Larry D. Ingram,<br>        **Plaintiff**,<br>v.<br>Christopher Donovan, Paul F. Glynn,<br>Christopher Morelli, Todd Johnson,<br>Russ Palmer, James Matesanz, all are<br>agents of the Massachusetts Department<br>Of Correction and sued in their individual<br>and official capacities,<br>        **Defendants.** | 04 CV 12475 RCL |

### MOTION FOR ALTERNATIVE SERVICE BY STATE LAW

  The plaintiff, pro se proceeding in forma pauperis hereby move for an alternative service of process pursuant to the law of the state in which the district court is located in accordance with Fed. R. Civ. P. 4(e) and LR. 4.1 (C).

  As grounds therefore, plaintiff on or about July 19, 2005 filed a motion to waive service of process requesting that attorney of record Jody T. Adams accept service for unserved Department of Correction (DOC) defendants pursuant 4(c) and 4(d)(1), or in the alternative, that attorney Adams provide the U.S. Marshal service with the addresses of unserved defendants. On or about October 6, 2005 plaintiff's 7/19/05 motion was denied, plaintiff notified on October 11, 2005. A waiver has not been obtained as to the unserved defendants.

  As further grounds therefore, plaintiff rely upon his affidavit in support of motion for alternative service by state law.

  For the reasons stated herein plaintiff's motion for alternative service of process pursuant to the law of the state in which the district court is located should be allowed.

Dated: November 10, 2005

                     Respectfully submitted,
                     *[signature]*
                     Larry D. Ingram, Plaintiff/Pro Se
                     North Central Correctional Institution
                     500 Colony Road
                     Gardner, Massachusetts. 01440

### Certificate of Service

  I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 11/10/05

                     *[signature]*
                     Larry D. Ingram

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Larry D. Ingram, )
        **Plaintiff,** )
)
v. )   **04 CV 12475 RCL**
)
Christopher Donovan, Paul F. Glynn, )
Christopher Morelli, Todd Johnson, )
Russ Palmer, James Matesanz, all are )
agents of the Massachusetts Department )
Of Correction and sued in their individual )
and official capacities, )
        **Defendants.** )

<u>**PLAINTIFF'S AFFIDAVIT IN SUPPORT MOTION FOR ALTERNATIVE SERVICE BY STATE LAW**</u>

I, Larry D. Ingram depose and state to the best of my knowledge, information and belief:

1. That, I am currently confined at the North Central Correctional Institution ("NCCI"), 500 Colony Road, Gardner, Massachusetts. 01440, and all defendants were/are Department of Correction (DOC) employees;

2. That, it was ordered by the Court on March 14, 2005 to effect service of process via the United States Marshal Service upon all named defendants;

3. That, on or about April 1, 2005 defendant Paul Glynn and on or about April 6, 2005 defendant Todd Johnson were served with summons and complaint;

4. That, as to date the remaining defendants, Christopher Donovan, Christopher Morelli, James Matesanz and Russ Palmer have eluded service of process;

5. That, the U.S. Marshal service has been unable to effect service of process upon the remaining defendants stating in part, "Unable to execute as addressed no longer employed by the DOC." ;

6. That, Jody T. Adams, DOC Counsel filed a Notice of Appearance on behalf of defendants Paul Glynn and Todd Johnson on or about April 28, 2005;

7. That, Jody T. Adams, DOC Counsel filed a Motion to Dismiss and/or Motion for Summary Judgment and Memorandum in Support thereof on behalf of defendants Glynn and Johnson and averred that "this memorandum sets forth argument in support of the dismissal of the Complaint on behalf of <u>all</u> defendants. For the following reasons, plaintiff's Complaint should be dismissed. In the alternative, Summary Judgment should be granted in favor of all defendants." (Defendants' Memorandum, page 2, ¶3);

8. That, the actions of Jody T.Adams, DOC Counsel in filing Motion to Dismiss and/or Motion for Summary Judgment for defendants who have not yet been served with process in this action in seeking dismissal or summary judgment in which to answer or otherwise plead constitutes general appearance unless action by attorney Adams is unauthorized;

1

9.   That, the actions of Jody T. Adams, DOC Counsel in filing Motion to Dismiss and/or Motion for Summary Judgment of behalf of defendants not served with process is an attempt to avoid and avert service of process for defendants Donovan, Morelli, Matesanz and Palmer;

10.  That, the U.S. Marshal service have delayed in making service of process on all the named defendants;

11.  That, I filed a timely motion to show cause with supporting affidavit on or about June 22, 2005 why I had not made service within the 120 day period. Said motion was denied by the Court on or about October 6, 2005.

Wherefore, I declare that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: November 10, 2005

Larry D. Ingram, Affiant
North Central Correctional Institution
500 Colony Road
Gardner, Massachusetts. 01440

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 11/10/05

Larry D. Ingram