**LARRY D. INGRAM, PRO SE**
North Central Correctional Institution
500 Colony Road
Gardner, Massachusetts 01440

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

January 18, 2006

Re: **Ingram v. Donovan, et al**
    Civil Action No. 04-12475-RCL

Clerk Thornton;

    Could you please provide me with the following additional forms to complete service of process :

    4 original summons
    4 form USM-285 forms

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Larry D. Ingram*
Larry D. Ingram, Plaintiff

Cc: File