# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2006 MAR -1  P 1:17
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Larry D. Ingram, ) | |
|            Plaintiff, ) | |
| ) | |
| v. ) | 04 CV 12475 RCL |
| ) | |
| Christopher Donovan, Paul F. Glynn, ) | |
| Christopher Morelli, Todd Johnson, ) | |
| Russ Palmer, James Matesanz, all are ) | |
| agents of the Massachusetts Department ) | |
| Of Correction and sued in their individual ) | |
| and official capacities, ) | |
|            Defendants. ) | |

### PLAINTIFF'S MOTION TO ENLARGE TIME

The Plaintiff, pro se proceeding in forma pauperis hereby move for an enlargement of time pursuant to Fed. R. Civ. P. 6(b)(1) to complete service of process up to and including **May 1, 2006.**

As grounds therefore, plaintiff's enlargement of time to complete alternative service of process up to and including February 28, 2006 was granted on or about 12/23/06 (#37). On or about January 18, 2006 plaintiff made a request to the clerk of court to provide him with additional original summons to complete alternative service of process. To date plaintiff has not received the requested summons.

For the reasons stated herein plaintiff's motion to enlarge time should be allowed.

Respectfully submitted,

Dated: February 28, 2006

*Larry D. Ingram*
Larry D. Ingram, Plaintiff-Pro Se
North Central Correctional Institution
500 Colony Road
Gardner, Massachusetts. 01440

### Certificate of Service

I, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 2/28/06

*Larry D. Ingram*
Larry D. Ingram

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Larry D. Ingram,                                )
          **Plaintiff,**  )
                                   )
v.                                              )   **04 CV 12475 RCL**
                                   )
Christopher Donovan, Paul F. Glynn,             )
Christopher Morelli, Todd Johnson,              )
Russ Palmer, James Matesanz, all are            )
agents of the Massachusetts Department          )
Of Correction and sued in their individual      )
and official capacities,                        )
          **Defendants.**  )

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION TO ENLARGE TIME**

I, Larry D. Ingram depose and state to the best of my knowledge, information and belief:

1. That, I am currently confined at the North Central Correctional Institution ("NCCI"), 500 Colony Road, Gardner, Massachusetts. 01440, and all defendants were/are Department of Correction ("DOC") employees;

2. That, on or about December 23, 2006 the court granted plaintiff's motion to complete alternative service of process;

3. That, on or about January 18, 2006 the plaintiff requested that the clerk of court provide him with additional original summons to complete alternative service of process upon unserved defendants; (Ex. 1)

4. That, to date I have not received the requested original blank summons;

5. Wherefore, I declare that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: February 28, 2006

                                                                         _/s/ Larry D. Ingram_
                                                                         Larry D. Ingram, Affiant
                                                                         North Central Correctional Institution
                                                                         500 Colony Road
                                                                          Gardner, Massachusetts. 01440

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: 2/28/06

                                                                                    _/s/ Larry D. Ingram_
                                                                                     Larry D. Ingram

**LARRY D. INGRAM, PRO SE**
North Central Correctional Institution
500 Colony Road
Gardner, Massachusetts 01440

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

January 18, 2006

Re: <u>Ingram v. Donovan, et al</u>
Civil Action No. 04-12475-RCL

Clerk Thornton;

Could you please provide me with the following additional forms to complete service of process :

    4 original summons
    4 form USM-285 forms

Thank you for your attention to this matter.

Respectfully submitted,

*[signature]*
Larry D. Ingram, Plaintiff

Cc: File

EXHIBIT  1