UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**LARRY D. INGRAM**

V.  CIVIL ACTION NO. **04-12475-RCL**

**CHRISTOPHER DONOVAN, ET AL**

## JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of March 7, 2006 allowing the motion to dismiss and/or for summary judgment of the defendants, Judgment is hereby entered as follows: Judgment for the defendants, former Superintendent James Matesanz, former Sergeant Christopher Morelli, Sergeant Paul Glynn, former Captain Christopher Donovan, Officer Todd Johnson, and former Disciplinary Hearing Officer Russ Palmer dismissing this action.

March 8, 2006  /s/ Lisa M. Hourihan
  Deputy Clerk